**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MICHAEL A. INGALLS, JR., <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | HONORABLE JEROME B. SIMANDLE <br><br> Civil No. 15-5495 (JBS) <br> [Relates to Cr. No. 13-359 (JBS)] <br><br> **ORDER** |

This matter came before the Court upon Petitioner's <u>pro se</u> motion to vacate the 2016 final judgment and to add a new claim [Docket Item 9], and upon Petitioner's motion to amend the adjudicated § 2255 petition [Docket Item 23], and upon Petitioner's motion to expedite the Court's decision [Docket Item 24]; and

The Court having considered the record in this case and in the underlying case at Cr. No. 13-359 (JBS), together with the submissions of all counsel and of Petitioner <u>pro se</u>, and for reasons stated in the Memorandum Opinion of today's date;

IT IS this __**6th**__ day of **September, 2018,** hereby

**ORDERED** that Petitioner's motions [Docket Items 9, 23 and 24] shall be, and they hereby are, **DENIED**; and it is further

**ORDERED** that no certificate of appealability shall be issued pursuant to 28 U.S.C. § 2253; and it is further

**ORDERED** that the Clerk shall close the case upon the docket and shall send a copy of this Memorandum Opinion and Order to

Petitioner Ingalls at his place of confinement, and close this case upon the docket.

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      U.S. District Judge